IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| ALFRED A. SHAW, | : | Case No. 1:20-cv-190 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| WARDEN, FEDERAL CORRECTIONAL INSTITUTION - HAZELTON, | : | |
| Defendant. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 3), DISMISSING ACTION FOR LACK OF PROSECUTION, AND TERMINATING CASE**

The Court has reviewed the Order and Report and Recommendation (Doc. 3) of United States Magistrate Judge Stephanie K. Bowman, to whom this case is referred pursuant to 28 U.S.C. § 636(b).  As no objections to the Report and Recommendation have been filed and the time do so has expired, the Court hereby **ADOPTS** the Report and Recommendation in its entirety.  Accordingly, this action is **DISMISSED** for lack of prosecution.  The Clerk shall **TERMINATE** this action on the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE